Case 1:24-mj-00264-MAU   Document 1-1   Filed 08/2

Case: 1:24-mj-00264
Assigned to: Judge Upadhyaya, Moxila A.
Assign Date: 8/21/2024
Description: COMPLAINT W/ ARREST WARRANT

## STATEMENT OF FACTS

Your affiant, ▬▬▬▬▬▬▬▬▬, is a Special Agent assigned to FBI Columbia Field Office. Your affiant has been a Special Agent for the FBI since January 2018. Your affiant is currently assigned to the FBI Columbia's Joint Terrorism Task Force (JTTF), which includes federal agents, as well as state and local officers, investigating threats and illegal activity against the United States in the Columbia, South Carolina area. Your affiant has participated in many types of investigations, including but not limited to: Domestic/International Terrorism, Financial Crimes, Violent Crime, and Gang/Drug Federal violations. Currently, your affiant is tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, your affiant is authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice

President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### *Facts Specific to PRASER-FAIR*

On January 8, 2021, CHRISTINA MARIE PRASER-FAIR gave an interview to a local television station (WLTX). In the WLTX segment title "Midlands Locals Who Went to the D.C. Protests Return Home," PRASER-FAIR admitted to traveling to Washington, D.C. on January 6, 2021, but denied entering the United States Capitol Building, stating, "It was insane . . . We marched to the Capitol . . . I was very close to the entrances." PRASER-FAIR admitted to hearing chanting, "Yelling things like 'U.S.A.'" She further stated, "We got to the Capitol building. There were already a ton of people there. Everyone was just chanting, trying to get closer to the building . . . We were right next to the scaffolding." Image 1, below, is a screenshot from the WLTX segment:



*Image 1*

During the WLTX interview, PRASER-FAIR stated that she had closed her business, Cornwallis House Tea Co., in Winnsboro, South Carolina for two days because she and her family "felt like we needed to go to this rally" in Washington, D.C. on January 6, 2021. During the investigation, the FBI obtained a recording of a voicemail message from Cornwallis House Tea explaining why the business was closed on January 6, 2021. It stated, "the company will be closed this Wednesday and Thursday while Christina and Jenny take their emergency road trip to D.C. to attend the Trump [rally]."

One year after January 6, 2021, News19 in Columbia, South Carolina aired a segment called "Midlands residents recall Capitol riots a year later, no regrets about going." PRASER-FAIR was telephonically interviewed during the segment, and stated, "We went because we just wanted to be a part of something, you know, like stand up for what we believe in, add to the numbers." PRASER-FAIR told reporters that she did not expect the "backlash" once she returned home, but she had no regrets about going to Washington, D.C. on January 6, 2021. Image 2, below, is a screenshot from the News19 segment:



*Image 2*

***Surveillance (CCTV) Video of PRASER-FAIR Inside the U.S. Capitol Building***

Although PRASER-FAIR told reporters in Columbia, South Carolina that she "was very close to the entrances" of the U.S. Capitol on January 6, 2021, a comprehensive review of surveillance / closed-caption television (CCTV) video captured on January 6, 2021 from inside the U.S. Capitol building revealed PRASER-FAIR and her son, a minor, on 17 different cameras inside the building. PRASER-FAIR entered the U.S. Capitol building at approximately 2:22 p.m. and exited at approximately 2:49 p.m. PRASER-FAIR's approximate path of travel is as follows:

- Initial entrance through Senate Wing Doors (2:22 p.m.).
- Entered and crossed the Crypt.
- Passed through the 1st floor Memorial Door and ascended to the 2nd floor.
- Walked through multiple office hallways on the 2nd floor.
- Entered and crossed the Rotunda.
- Passed through the Statuary Hall toward the House of Representatives.
- Walked through multiple hallways outside the House of Representatives.
- Passed through the Statuary Hall toward the Rotunda.
- Entered and crossed the Rotunda a second time.
- Exited through the 2nd floor Rotunda Door (2:49 p.m.).

Images 3-9, below, are screenshots from the CCTV reviewed by the FBI during the investigation:



***Image 3*** (Initial Entry, Senate Wing Doors, 2:22 p.m.)



*Image 4* (2nd Floor Office Hallway)



*Image 5* (Rotunda)



*Image 6* (Entrance to the House of Representatives)



*Image 7* (House of Representatives Hallway)



*Image 8* (Statuary Hall)



*Image 9* (Exit Via 2nd Floor Rotunda Door, 2:49 p.m.)

On April 11, 2024, witness-1, a person who is closely acquainted with PRASER-FAIR, viewed screenshots of PRASER-FAIR inside the U.S. Capitol building on January 6, 2021, and positively identified PRASER-FAIR as the individual in the screenshots.

## **CONCLUSION**

Based on the foregoing, your affiant submits that there is probable cause to believe that CHRISTINA MARIE PRASER-FAIR violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do so; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that CHRISTINA MARIE PRASER-FAIR violated 40 U.S.C. § 5104(e)(2)(D), (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 21 day of August 2024.

_____
MOXILA A. UPADHYAYA
U.S. MAGISTRATE JUDGE