AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:24-mj-00264 |
| Christina Marie Praser-Fair | ) Assigned to: Judge Upadhyaya, Moxila A. |
| | ) Assign Date: 8/21/2024 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Christina Marie Praser-Fair,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds, and;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building..

Date: 08/21/2024

*Issuing officer's signature*

City and state: Washington, D.C.      Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/21/24, and the person was arrested on *(date)* 9/26/2024
at *(city and state)* Columbia, SC.

Date: 9/26/2024

*Arresting officer's signature*

Gennaro Itri, Special Agent, FBI
*Printed name and title*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

United States of America

vs.

Christina Marie Praser Fair         Case No. 3:24-758

      Pursuant to the Criminal Justice Act, Title 18, United States Code, Section 3006A, and the Plan of this District approved there under by the Judicial Council of the Fourth Circuit, _Provisionally_

      IT IS ORDERED that the Federal Public Defender is appointed for the above-named individual.

_/s/ Paige J. Gossett_
PAIGE J. GOSSETT
United States Magistrate Judge

Columbia, South Carolina
Date: 9/26/2024

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of SOUTH CAROLINA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  DSC 3:24-758 |
| | ) | |
| Christina Marie Praser-Fair | ) | Charging District's Case No. |
| | ) | 1:24-mj-00264 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* DISTRICT OF COLUMBIA.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.  N/A → bond

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

☑ the proceedings as marked above but request that a preliminary hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:  Sept 26, 2024

*Defendant's signature*

*Signature of defendant's attorney*

*Printed name of defendant's attorney*

USCA4

AO 199A (Rev. 06/19) Order Setting Conditions of Release                                              Page 1 of _____ Pages

# UNITED STATES DISTRICT COURT
for the
District of  South Carolina

United States of America )
v. )
) Case No.  3:24-758
Christina Marie Praser-Fair )
*Defendant* )

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:         $85,000 unsecured

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: Via Zoom with US District Court for the District of Columbia
*Place*

for an initial appearance (Zoom instructions given to defendant separately)

on _____ Thursday, October 10, 2024 at ~~10:00 am~~ 12:30 pm EDT before Magistrate Judge Michael Harvey _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/20) Additional Conditions of Release                                                                     Page ___ of ___ Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

　IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ )　(6)　The defendant is placed in the custody of:
　　　　　Person or organization _____
　　　　　Address *(only if above is an organization)* _____
　　　　　City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

　　　　　　　　　　　　　　　　　　Signed: _____　_____
　　　　　　　　　　　　　　　　　　　　　　　　　*Custodian*　　　　　　　　　*Date*

( ☒ )　(7)　The defendant must:
　　( ☒ )　(a)　submit to supervision by and report for supervision to the   DC Pretrial Services weekly by phone  ,
　　　　　　　　telephone number   (202)442-1000  , no later than _____.
　　( ☐ )　(b)　continue or actively seek employment.
　　( ☐ )　(c)　continue or start an education program.
　　( ☒ )　(d)　surrender any passport to:   USPO w/in 48 hours
　　( ☒ )　(e)　not obtain a passport or other international travel document.
　　( ☒ )　(f)　abide by the following restrictions on personal association, residence, or travel:   Travel restricted to the State of SC without prior
　　　　　　　　Permission of the Court through Pretrial Services, stay out of DC except for Court, and meetings with attorney
　　( ☐ )　(g)　avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____

　　( ☐ )　(h)　get medical or psychiatric treatment: _____

　　( ☐ )　(i)　return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

　　( ☐ )　(j)　maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
　　( ☒ )　(k)　not possess a firearm, destructive device, or other weapon | firearm allowed in home for defendant's son to use for hunting
　　( ☐ )　(l)　not use alcohol ( ☐ ) at all ( ☐ ) excessively.
　　( ☒ )　(m)　not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
　　( ☐ )　(n)　submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
　　( ☐ )　(o)　participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
　　( ☐ )　(p)　participate in one of the following location restriction programs and comply with its requirements as directed.
　　　　　　　　( ☐ ) (i)　**Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as directed by the pretrial services office or supervising officer; or
　　　　　　　　( ☐ ) (ii)　**Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
　　　　　　　　( ☐ ) (iii)　**Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
　　　　　　　　( ☐ ) (iv)　**Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
　　　　　　　　　　**Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

USCA4

AO 199B (Rev. 12/20) Additional Conditions of Release                                                                 Page ____ of ____ Pages

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (q) submit to the following location monitoring technology and comply with its requirements as directed:
  ( ☐ ) (i)   Location monitoring technology as directed by the pretrial services or supervising officer; or
  ( ☐ ) (ii)  Voice Recognition; or
  ( ☐ ) (iii) Radio Frequency; or
  ( ☐ ) (iv)  GPS.

( ☐ ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☐ ) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☒ ) (t) Do not enter federal property or facilities except for business related to pending charges or as otherwise authorized in advance by US Pretrial Services

(  ) (u) _____

(  ) (v) _____

(  ) (w) _____

USCA4

AO 199C (Rev. 09/08) Advice of Penalties     Page _____ of _____ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

Columbia, South Carolina
_____
*City and State*

### Directions to the United States Marshal

( ☐ ) The defendant is ORDERED released after processing.
( ☒ ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: September 26, 2024     _____
                              *Judicial Officer's Signature*

                              Paige J. Gossett, United States Magistrate Judge
                              *Printed name and title*

DISTRIBUTION:  COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

USCA4

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| United States of America<br>v.<br>Christina Marie Praser-Fair<br>*Defendant* | )<br>)<br>) Case No. 3:24-758<br>)<br>) |

## APPEARANCE BOND

### Defendant's Agreement

I, Christina Marie Praser-Fair *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )  to appear for court proceedings;
( X )  if convicted, to surrender to serve a sentence that the court may impose; or
( X )  to comply with all conditions of set forth in the Order Setting Conditions of Release.

### Type of Bond

(   ) (1) This is a personal recognizance bond.

( ✓ ) (2) This is an unsecured bond of $ 25,000 .

(   ) (3) This is a secured bond of $ _____ , secured by:

  (   ) (a) $ _____ , in cash deposited with the court.

  (   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

  _____

  If this bond is secured by real property, documents to protect the secured interest may be filed of record.

  (   ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

  _____
  _____

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

USCA4

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 9/26/2024

_____
*Defendant's signature*

_____  _____
*Surety/property owner – printed name*  *Surety/property owner – signature and date*

_____  _____
*Surety/property owner – printed name*  *Surety/property owner – signature and date*

_____  _____
*Surety/property owner – printed name*  *Surety/property owner – signature and date*

CLERK OF COURT

Date: _____

*Signature of Clerk or Deputy Clerk*

Approved.
Date: September 26, 2024

_____
*Judge's signature*

CLOSED

# U.S. District Court
## District of South Carolina (Columbia)
## CRIMINAL DOCKET FOR CASE #: 3:24−cr−00758−PJG All Defendants
*Internal Use Only*

Case title: USA v. Praser−Fair

Date Filed: 09/26/2024

Other court case number: 1:24−mj−00264 District of Columbia

Date Terminated: 09/26/2024

Assigned to: Magistrate Judge Paige J Gossett

### Defendant (1)

**Christina Marie Praser−Fair**
*TERMINATED: 09/26/2024*

represented by **Suha Najjar**
Federal Public Defender's Office (Cola)
1901 Assembly Street
Suite 200
Columbia, SC 29201
803−724−6426
Email: suha_najjar@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:1752(a)(1) knowingly entering or remaining in any restricted building or grounds without lawful | |

USCA4

authority

---

**Plaintiff**

| | |
|---|---|
| **USA** | represented by **Christopher Dolan Taylor**<br>US Attorneys Office (Cola)<br>1441 Main Street<br>Suite 500<br>Columbia, SC 29201<br>803−929−3065<br>Fax: 803−256−0233<br>Email: chris.taylor2@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/26/2024 | 1 | Arrest/Self−Surrender (Rule 40 District of Columbia) of Christina Marie Praser−Fair (asni, ) (Entered: 09/26/2024) |
| 09/26/2024 | 2 | Rule 5c3 Documents Received as to Christina Marie Praser−Fair (asni, ) (Entered: 09/26/2024) |
| 09/26/2024 | 3 | NOTICE OF HEARING as to Christina Marie Praser−Fair Initial Appearance − Rule 40 set for 9/26/2024 02:30 PM in Columbia # 7, Matthew J. Perry Court House, 901 Richland St, Columbia before Magistrate Judge Paige J Gossett. (asni, ) (Entered: 09/26/2024) |
| 09/26/2024 | 4 | **Minute Entry for proceedings held before Magistrate Judge Paige J Gossett: Initial Appearance in Rule 5(c)(3) Proceedings as to Christina Marie Praser−Fair held on 9/26/2024 The court reviews the financial affidavit but will not make a decision as to whether the defendant is eligible for court appointed counsel. AFPD Suha Najjar is provisionally appointed. The Court informs defendant of charges. Defendant waives an identity hearing but is requesting a preliminary hearing be set in the prosecuting district. Government requests bond. Bond set at $25,000 unsecured; executed. Defendant released. Court Reporter courtsmart. (asni, )** (Entered: 09/26/2024) |
| 09/26/2024 | 5 | CJA 23 Financial Affidavit (Restricted Access) by Christina Marie Praser−Fair (asni, ) (Entered: 09/26/2024) |
| 09/26/2024 | 6 | **ORDER PROVISIONALLY APPOINTING FEDERAL PUBLIC DEFENDER as to Christina Marie Praser−Fair. Signed by Magistrate Judge Paige J Gossett on 9/26/2024.(asni, )** (Entered: 09/26/2024) |
| 09/26/2024 | 7 | WAIVER of Rule 5c3 Hearing by Christina Marie Praser−Fair (asni, ) (Entered: 09/26/2024) |
| 09/26/2024 | 8 | Unsecured Bond Entered as to Christina Marie Praser−Fair in amount of $ 25,000 (asni, ) (Entered: 09/26/2024) |
| 09/26/2024 | 9 | **ORDER Setting Conditions of Release as to Christina Marie Praser−Fair (1). Signed by Magistrate Judge Paige J Gossett on 9/26/2024.(asni, )** (Entered: |

|  |  | 09/26/2024) |
| --- | --- | --- |
| 09/26/2024 | 10 | (Court only) BOND INFORMATION SHEET as to Christina Marie Praser−Fair (asni, ) (Entered: 09/26/2024) |
| 09/26/2024 | 11 | (Court only) ***Case Terminated as to Christina Marie Praser−Fair. Documents sent via e−mail to the District of Columbia. (asni, ) (Entered: 09/26/2024) |